Jonathan N. Vaknin, SBN 263642
Golden State Law Group
591 Camino De La Reina, Suite 100
San Diego, CA 92108
Telephone: (619) 234-3333

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re: ) Case No. 12-08810-MM7
)
Shelly Curtis )
) DEBTOR'S EX PARTE APPLICATION FOR
Debtor ) TURNOVER OF PERSONAL PROPERTY
_____ )

TO THE HONORABLE BANKRUPTCY JUDGE:

The application of Debtor represents:

1) The debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code in this court on June 22, 2012.

2) Prior to filing for Bankruptcy, debtor's bank account with Bank of America was subject to a levy stemming from American Express Bank, FSB's instructions under a Writ of Execution.

3) EXHIBIT A shows the letter dated June 15, 2012 sent by Bank of America to the debtor indicating that the levy took effect in the amount of $11,353.90 plus bank fees of $100, with a remit date of June 25, 2012.

4) Currently, the levying officer, San Diego County Sheriff's Office - Sheriff's Civil Office is holding funds taken from the debtor in the amount of $11,353.90. This information is supported by Sheriff's Notice of Bankruptcy Procedures, enclosed in this application as EXHIBIT B.

5) It is the intent of the levying officer, San Diego County Sheriff's Office - Sheriff's Civil Office to hold the funds until they receive an order from the Court directing them how to disburse the funds.

1

6) The funds from the levy were disclosed and exempted in debtor's amended Schedules B and C.

7) Debtor's originally filed Schedules B and C disclosed and exempted the funds as if they were within her Bank of America account. Debtor is not certain when the Sheriff gained possession of the funds but was under the belief that she had possession of the funds subject to a freeze on June 22, 2012, the date her voluntary petition was filed.

8) It is the desire of the debtor to have the full amount of $11,353.90 turned over to her in care of her Attorney.

Wherefore, the debtor prays that the levying officer, San Diego County Sheriff's Office - Sheriff's Civil Office be ordered to turn over the aforementioned personal property in the amount of $11,353.90 on the terms set forth herein and for such other relief as deemed just and proper.

Dated August 9, 2012

By: /s/ Jonathan N. Vaknin

Jonathan N. Vaknin, Attorney for Debtor

# EXHIBIT A


**Bank of America**

P.O. Box 54660
Los Angeles, CA 90054

June 15, 2012

SHELLY CURTIS
7126 PINTAIL DR
CARLSBAD, CA 92011-5043

RE: Reference # L061412002141
Case: American Express Bank, FSB vs Shelly Curtis
Case No: 37201000059089CLCLNC
Customer Name: SHELLY CURTIS

Dear Valued Customer,

We received a(n) Notice of Levy Under Writ of Execution for $17,109.15 which required us by law to debit your:

| ACCOUNT # | AMOUNT DEBITED | NON-REFUNDABLE PROCESSING FEE | REMIT DATE | BOX# |
|---|---|---|---|---|
| **********7579 | $11,353.90 | $100.00 | 6/25/2012 | |

We will send these funds on the remit date noted above unless we receive appropriate instructions to send them earlier.

If you have any questions about the legal order, believe it should not apply to your account(s), or think the order contains an error, please contact the attaching party: SAN DIEGO NORTH SHERIFF at 760-940-2898. If you believe that the funds in your account are exempt from this legal order (e.g. social security) you should contact the attaching party with proof of the exemption. We are unable to return the funds to you unless we receive a release from that attaching party or a court order before the remit date.

If you have questions concerning your account, please contact our Customer Service Center at one of the numbers listed below. Should you need to forward any additional correspondence to us regarding this matter, please direct it to the address noted above. When contacting the Bank regarding this Notice of Levy Under Writ of Execution please use the Reference # L061412002141.

Legal Order Processing
1-800-283-4262

| Telephone Banking: | Spanish Telephone Banking: | For Speech or Hearing Impaired TDD Required: |
|---|---|---|
| 1.800.432.1000 | 1.800.688.6086 | 1.800.288.4408 |

05-17-1486B 05-2010

# EXHIBIT B

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Ahelly Curtis aka Curtis Shelly aka Shelly A Millham, an individual<br>7126 Pintail Dr<br>Carlsbad, CA 92011 | San Diego County Sheriff's OfficeSan Diego<br>County Sheriff<br>Sheriff's Civil Office<br>PO Box 85306<br>San Diego, CA 92186-5306 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>San Diego County Superior Court<br>325 S Melrose Dr<br>Vista, CA 92081<br>Vista | (619) 544-6401<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>American Express Bank, FSB, a federal savings bank<br>DEFENDANT:<br>Shelly Curtis aka Curtis Shelly aka Shelly A Millham, an ind | COURT CASE NO.:<br><br>37-2010-00059089 |
| **Sheriff's Notice of Bankruptcy Procedures** | LEVYING OFFICER FILE NO.:<br>2012163032 |

Bankruptcy Court: Southern District of California
Bankruptcy Case #: 12-08810-7
Bankruptcy Chapter: 7

Bankruptcy Filing Date: 6/22/2012
341 Meeting Date:

Mailing Date: 07/06/2012

Pursuant to a creditor's instructions under a Writ of Execution, the Sheriff levied on and is currently holding the following property of the Judgment Debtor:

$11353.90

The Judgment Debtor subsequently filed the above petition in bankruptcy. Future levies are stayed by the automatic stay as provided by 11 USC 362(a). As a custodian in possession of property of the debtor's bankruptcy estate, notice is hereby given to the above parties that, unless otherwise ordered by the bankruptcy court:

Upon the request of the trustee, the Sheriff will turn over the above property to the above trustee no earlier than five (5) days after the first meeting of creditors (341 meeting).

If the trustee declines to accept the turnover of the property or if there is no trustee appointed or if no court order directs otherwise, the Sheriff will transfer the property to the Judgment Creditor after the automatic stay is terminated.

**Judgment Creditor:**

If you oppose the Sheriff turning over the property to the trustee, you must obtain a bankruptcy court order directing otherwise.

**Judgment Debtor:**

If you seek the return of the property, you must obtain a bankruptcy court order directing the Sheriff to return the property to you. Unless the Sheriff's Department receives an Order Avoiding Lien or other court order directing otherwise, the Sheriff will sell the property and/or transfer the property to the creditor after the automatic stay is terminated.

**Bankruptcy Trustee:**

Upon your request, the property will be turned over to you, unless the bankruptcy court orders otherwise. The Sheriff will pay any storage costs up to and including the date the property is turned over to you. Thereafter, you are responsible for storage and handling costs. If, after receiving the property, you subsequently abandon the property to the debtor, please deliver the property to the debtor rather than the Sheriff.

William D. Gore, Sheriff

*[signature]*

Sheriff's Authorized Agent

CPM Form 14.46
06/08/2006 (Revised)

**Sheriff's Notice of Bankruptcy Procedures**
Defendant's Copy

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all times herein mentioned was, more than 18 years of age;

That on 8/9/12 I served a true copy of the within Application by Fist Class Mail

On the following persons:

1. Trustee Richard M. Kipperman, Corporate Management, P.O. Box 3010, La Mesa, CA 91944-3010.
2. United States Trustee, Department of Justice, 402 West Broadway, Suite 600, San Diego, California 92101.
3. Levying Officer: San Diego County Sheriff's Office – Sheriff's Civil Office, P.O. Box 85306, San Diego, California 92186-5306.
4. Michael and Associates, Counsel for American Express FSB, 555 St. Charles Dr., Suite 204, Thousand Oaks, California 91360.
5. Douglas H. Short III, President, American Express FSB, 4315 South 2700 West, Salt Lake City, Utah 84184.

Executed on August 9, 2012

By: /s/ Mary Battaglia

Mary Battaglia

591 Camino De La Reina, Suite 100

San Diego, California 92108

1