# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SHELLY A. CURTIS |
| **Case Number:** | 12-08810-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 18, 2012 11:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | TINA SCHMITT |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

REAFFIRMATION AGREEMENT BETWEEN DEBTOR AND BMW BANK OF NORTH AMERICA

### Appearances:

JONATHAN N. VAKNIN, ATTORNEY FOR SHELLY A. CURTIS
SHELLY A. CURTIS

### Disposition:

Approved.